Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiff

**JS-6**

Filed 1/31/2013

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ALDAZ, | Case No.: CV-12-4210-GHK-OPx |
| Plaintiff | **[Proposed] Order for Dismissal** |
| v. | |
| NATIONAL ENTERPRISE SYSTEMS, INC.; et al, | |
| Defendants | |

GOOD CAUSE appearing thereof,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each party is to bear its own costs and attorney fees.

IT IS SO ORDERED.

DATED: ___1/30/2013_____        BY: _____
                                                                HON. George King
                                                                UNITED STATES DISTRICT COURT

1